Tamisha lewis-Junge
Name
3748 Aldren Circle
Mailing address
Anchorage Ak 99517
City, State, Zip
254-280-2697
Telephone

RECEIVED
FEB 13 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha Shayleen lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Bartlett Regional Hosipatal

U.S Air Force,

Alaska State Troopers,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:26CV-00075-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

Juneuo Alaska State Troopers, TSA

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha lewis-Jonge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage, Ak
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Bartlett Regional Hospital** is a citizen of
_____(name)_____
**Alaska**, and is employed as a **Medical Facilitie**.
(state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **U. S Air Force** is a citizen of
(name)
**Alaska**, and is employed as a **Military**.
(state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **Alaska State Troopers** is a citizen of
(name)
**Alaska**, and is employed as a **Alaska Police**.
(state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:26-cv-00075-RRB    Document 1    Filed 02/13/26    Page 2 of 7

<u>Claim 1</u>: On or about **1/9/26 - 1/29/26**, my civil right to
**Freedom, Medical Malpractice**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by **Bartlett Regional Hosiptal**
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

① This person broke Into my twin sisters (Susitna Square) Claiming delusions of needing to marry him or will trespass me from the miltary base, I had a court hearing for my daughter and sat at the military base. So couple days later he broke I with Camouflage Deepfake audio, hypnosis. To be distructive he wanted me to attack my twin sisters child and break the tv. I did what he said and broke the TV. They have done this before by holding me hostage to cut up cloths and break objects in the hous. I left to a doctors office after I called my brother to pick up Seavia M (G) They tricked me into staying in a bed then said I have a court order to be flyed to juneno for medical malpractice. All I did there was told to masterbate, eat food, and close lawsuit.

Case 3:26-cv-00075-RRB    Document 1    Filed 02/13/26    Page 3 of 7

<u>Claim 2</u>: On or about <u>2017 - 2026</u>, my civil right to
<span class="u">(Date)</span>
<u>Freedom, Free Speach, Freedom from Cruelety</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>U.S Air Force</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Deep fake audio person controlls my speach and uses eqvement wrong on purpose. (He did admit)

Camouflage person allows me to be attacked by random people and allows strange and broken laws with these people without calling authorites.

Hupnosis person keep tricking my mindset of distrubing things to be werid.

They have all been recored by me with nano contact lenes

They all have broken rules and regulatrons in this investigation.

Claim 3: On or about __2015 - 2026_____, my civil right to
(Date)

__Freedom_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by __Alaska State Troopers_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

They have witness them on a
investigation and refuse to arrest
them as I have reported them
several times

They think It's a game to leave
them playing games on a investigation
to be gross, beg, and claim delusions,
people are being hurt on there
Investigation and people are
being left hopeless, no humane living,
conditions and

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __X__ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Alaska Native Medical Center, Providence Medical Center,

Defendant(s): Tamisha Lewis - Junge

Name and location of court: Nesbett Courthouse, U.S District Courthouse Surf,

Docket number: _____ Name of judge: Judge Ian Wheels

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __X__ Dismissed _____ Appealed _____ Still pending

Issues Raised: Dismmissed evidence

b. Lawsuit 2:

Plaintiff(s): Tamisha Lewis - Junge

Defendant(s): Matsu Regional, Alaska Regional Hosjpath/

Name and location of court: Nesbett Courthouse, U.S District Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __X__ Dismissed _____ Appealed _____ Still pending

Issues Raised: Dismissed Evidence

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 55,000,000

2. Punitive damages in the amount of $ 5, 5, 000,000

3. An order requiring defendant(s) to To stop taking me to these places unless emergency, leave me alone

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at  Anchorage , AK  on  2 | 13 | 2026
                (Location)                    (Date)

_____
            (Plaintiff's Original Signature)


_____          _____
Original Signature of Attorney (if any)          (Date)


_____
_____
_____

Attorney's Address and Telephone Number